Scott E. Radcliffe, (CA BAR NO. 278098)
**ALVES RADCLIFFE LLP**
2377 Gold Meadow Way, Suite 100
Gold River, California 95670
T: (916) 333-3375
E: sradcliffe@alvesradcliffe.com

Attorneys for Plaintiff
Minden Pictures, Inc.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MINDEN PICTURES, INC., <br><br> Plaintiff, <br><br> v. <br><br> PINK JAVA MEDIA, LLC, BOYGENIUS INVENTIONS, LLC and LIST25, LLC, <br><br> Defendants. | Case No.: 5:23-cv-01602-NC <br><br> The Honorable Nathanael M. Cousins <br> Courtroom 5 <br><br> **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO BOYGENIUS INVENTIONS, LLC and LIST25, LLC ONLY** |

PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff Minden Pictures, Inc. ("Plaintiff") voluntarily dismisses the above-captioned action – ***against defendants BOYGENIUS INVENTIONS, LLC and LIST25, LLC only*** – without prejudice.

DATED: June 1, 2023                              **ALVES RADCLIFFE LLP**

By: /s/ Scott E. Radcliffe

SCOTT E. RADCLIFFE
Attorney for Plaintiff
Minden Pictures, Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that on June 1, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will electronically serve all counsel of record.

/s/ Scott E. Radcliffe
SCOTT E. RADCLIFFE