Scott E. Radcliffe, (CA BAR NO. 278098)
**ALVES RADCLIFFE LLP**
2377 Gold Meadow Way, Suite 100
Gold River, California 95670
T: (916) 333-3375
E: sradcliffe@alvesradcliffe.com

Attorneys for Plaintiff
Minden Pictures, Inc.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MINDEN PICTURES, INC.,<br><br>   Plaintiff,<br><br>   v.<br><br>PINK JAVA MEDIA, LLC, BOYGENIUS INVENTIONS, LLC and LIST25, LLC,<br><br>   Defendants. | Case No.: 5:23-cv-01602-NC<br><br>The Honorable Nathanael M. Cousins<br>Courtroom 5<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

   PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff Minden Pictures, Inc. ("Plaintiff") voluntarily dismisses the above-captioned action without prejudice.

DATED:  June 13, 2023              **ALVES RADCLIFFE LLP**

                                   By: /s/ Scott E. Radcliffe

                                      SCOTT E. RADCLIFFE

Attorney for Plaintiff
Minden Pictures, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on June 13, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will electronically serve all counsel of record.

/s/ Scott E. Radcliffe
SCOTT E. RADCLIFFE